☒ FILED   ☐ LODGED

**Apr 17 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Alfred Erik Caraffa 350727
Name and Prisoner/Booking Number

ASPC-Tucson Rincon Unit
Place of Confinement

POBOX 24403
Mailing Address

Tucson Arizona 85734654
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ADC#
Alfred Erik Caraffa 350727
(Full Name of Plaintiff) et al.,

Plaintiff.

v.

(1) Toll D. NOEL et al.
(Full Name of Defendant)

(2) ADCRR et al.,

(3) State of Arizona et al.

(4) Ryan Thornell et al.,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-24-00210-TUC-JGZ-PSOT
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

3) Jury trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

Under 6 USCS Section
104 and 114

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Official and Individual Capacity/28 USC section 1911

2. Institution/city where violation occurred: ASPC-Tucson /State of Arizona

Revised 12/1/23

1 of 25 total pages

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _John D. Noel_. The first Defendant is employed
as: _Correctional officer (4oIII)_ at _Arizona Dept. of Corrections_
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _ADCRR_. The second Defendant is employed as:
as: _Arizona Dept. of Corrections_ at _ASPC ADCRR_
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _State of Arizona_. The third Defendant is employed
as: _The State of Arizona_ at _State government entity_
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _Ryan Thornell_. The fourth Defendant is employed
as: _Director of ADCRR_ at _State Arizona Dept. of Corrections_
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☑ Yes    ☐ No

2. If yes, how many lawsuits have you filed?  _Approx 203_.  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Alfred E. Caraffa et al_ v. _Ryan Thornell et al,_
      2. Court and case number: _USDC AZ 4:24-cv-00188-TUC-JGZ(PSOT)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _Is Pending Still_

   b. Second prior lawsuit:
      1. Parties: _Alfred E. Caraffe et al._ v. _ADCRR et al_
      2. Court and case number: _USDC AZ 4:24-cv-00197-TUC-JGZ(PSOT)_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _Is Pending Still_

   c. Third prior lawsuit:
      1. Parties: _Alfred E. Caraffa et al._ v. _Ryan Thornell et al_
      2. Court and case number: _USDC AZ 4:24-cv-00198-TUC-JGZ-_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _Pending Still_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## B. Defendant(s)

5) the 5th Defendant is known as ADCRR employees of Rincon Unit at ASPC-Tucson Rincon Unit in unconstitutional Capacity by An Over-Sighted State Constitutional Law.

6) the sixth Defendant is known as Judge Jennifer G. Zipps - the sixth Defendant is employed As A federal Judge at U.S. District Court of Arizona, and claims An unlawful, unconstitutional Immunity in official capacity and Individual Capacity, of An official of the United States Of America.

7) the 7th Defendant is known As the United States of America in official Capacity and has No Individual Capacity

2$^H$(a) of 3 of 25

## B. Defendants

8) the 8th Defendant is known as the U.S. District Court of Arizona – Division of Tucson in official Capacity of the United States of America.

Plaintiff(s) Additional

2) the Population of Rincon Mental Health Unit at ASPC-Tucson Complex

2(5)th of 3 of 25

## D.   CAUSE OF ACTION

### COUNT I

1.   State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution.

2.   **Count I**.   Identify the issue involved.   Check **only one**.   State additional issues in separate counts.
- ☐ Basic necessities
- ☐ Mail
- ☒ Access to the court
- ☐ Medical care
- ☐ Disciplinary proceedings
- ☐ Property
- ☐ Exercise of religion
- ☐ Retaliation
- ☐ Excessive force by an officer
- ☐ Threat to safety
- ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count I.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

On April 10th 2024, In Violation of An U.S. District
of California for the Central District of California
in Los Angeles California Defendant(s) ADCRR,
the State of Arizona and Employee(s) of ADCRR violated
A federal Court order which state that An habeas
Action is Subject to E-Filing. Defendant(s)
Refused to file/E-file Exhibits of Evidence
411 24 A1 to 5 on April 10th 2024 In official and
Individual Capacities of ADCRR and State of Arizona.

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).

Violation(s) of U.S. Constitutional Rights
Secured by the U.S. Constitution

5.   **Administrative Remedies:**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c.   Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.   Is a Court decision with federal Jurisdiction.

3th of 2 of 25

## Count one (A)
### Cause of Action

1) Constitutional Right Violated - 8th Amendment U.S. Constitution

2) Count one (A): Access to the Courts

3) Supporting facts: On April 10th 2024, Defendants in An Unconstitutional State Capacity Being allowed by Defendants State of Arizona Defendant(s) employees of ADCRR Refused to E-File Exhibit of Evidence 41124 B1 of 2 pages with the 90 paged Complaint that was filed. that should have Been 92 pages (Included as Exhibits of Evidence. 41124 B1 of 2pgs)

4) Injury - violation(s) of U.S. Constitutional Rights secured by the U.S. Constitution.

5) (a) yes
   (b) No
   (c) No
   (d) IS A Court desicision of federal Jurisdiction.

3th (a) of 2 of 25

**COUNT II**

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On April 10th 2024, In Violation of federal Constitutional laws, Defendants Employees of ADCRR and Defendant C/O III Denoel conspired to violate the constitutional proceedings of D.O. 805- Protective Custody. To once again put the safety of this Plaintiff in Danger of More Assaultive and Acts of Intimitation toward the federal witness against themselves. see exhibits 41024ACXPI9 and Exhibit of Evidence 41224ABXA pg. 9 of ___ exhibits of Evidence.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Conspiracy to Corruption of State/Federal Government During A Matter of National Security.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Is A federal Jurisdiction.

4th of 7 of 25

## Count two (a)
### Cause for Action

1) Constitutional Right Violated - Fifth Amendment U.S. Constitution.

2) Count two (a) - Due process of Law.

3) Supporting facts - Defendant(s) in official Capacity of the United States of America have Assigned Defendant Jennifer G. Zipps to three Civil, class Action Complaint(s) filed by this Plaintiff/Petitioner which violates the federal Constitutional Law(s) of this United States of America.(see notice(s) of Assignment Exhibits of Evidence)

4) Injury - violation of Federal Rule 25(e) disqualification of Subject Judge in proceedings of Judicial - Conduct and Junicial - Disecitity Proceedings Article(s) VIII - Miscellaneous Rules.

5) (a) yes
   (B) NO
   (C) No
   (d) is A federal Jurisdictional violation
By the U.S. Court(s).

2ᴴ (a) of 7 of 25

## COUNT two (b)
### Cause for Action

1) constitutional Right violated = 8th Amendment, U.S. Constitution

2) count two (b) - ~~this~~ cruel and unusual punishment

3) Supporting facts- In a Conspiracy to commit several federal offense(s) against the object of the Conspiracy Alfred Erik Caraffa ADC#350727 Defendant(s) cited in this Action have Deprived Federal Constitutional Rights, Priviledges and Immunities of Alfred E. Caraffa ADC#350727 to obtain the reward of the Action(s) and/or to Deprive the Rewards of Cash from that object of Alfred Erik Caraffa ADC#350727.

4) Injury - Deprivations of Constitutional Rights, Priviledges and Immunities for Reward/Profit.

5) (a) yes (b) no (c) no (d) is A Federal court Discision Not Grievable at this facility.

4th (b) of 7 of 25

## Count two (c)
### cause for Action

1) Constitutional Right Violated = 8th Amendment U.S. constitution

2) Count two (c) - cruel and unusual punishment

3) supporting facts - In Doing something forbidden to do by A Federal Court order of the U.S. District Court of Arizona. Defendents In their unconstitutional Capacities. Deprived A third meal(s) on April 13th 2024 and April 14th 2024 to this Petitioner/Plaintiff for at least the 144th and 145th times. Since that Federal Court order was Issued for full Compliance from the Defendant(s) State of Arizona, ADCRR and employees of ADCRR. Which Constitutes A Federal Criminal offense(s).

4) Injury - Deprivations of food/meals by Defendant(s) For A custom "to violation(s)" of A federal court order won in favor of the Plaintiff(s) (all state prisoners of the State of Arizona)

5) (a) yes (b) No (c) No (d) the U.S. District court discision is not grievable at this facility.

4th (c) of 7 of 25

## Count two(d)
### Cause of Action

1) <u>Constitutional Right violated</u>- 8th Amendment, U.S. Constitution

2) <u>Count two(d)</u>- Deliberate Indifference

3) <u>supporting facts</u>- under the color of An Unconstitutional Law Defendant(s) have Conspired to Deprive Federal Constitutional Rights of Alfred Erik Caraffe, ADC#350727 knowingly and willingly (in the Unconstitutional Capacity) to the threat to personal safety and failed to respond Reasoneable in every Incident

4) <u>Injury</u>- Defendant(s) Acting in/with Deliberate Indifference to the threat(s) to personal safety which they keep creating

5) (a) yes
   (b) No
   (c) No
   (d) Is An Unconstitutional Grievance policies in the Arizona Dept. of Corrections

4th (d) of 7 of 25

## Count two (2)
### Cause for Action

1) <u>constitutional Right and/or civil Right(s)</u>
<u>violated</u>- 8th Amendment U.S. Constitution

2) <u>count two(2)</u>- Deprivation of relief benefits
as A cruel and unusual punishment (see 18
USCS Section 246)

3) <u>Supporting facts</u>- Defendant(s) iN AN
unconstitutional Capacity Attempted to
deprive, and threaten to Deprive and/or directly
deprived Alfred Erik Caraffa Adc#350727
of Compensation made possible by An Act of
congress on the Account of sex, religion
and sexual origin of Being Transsexual.

4) <u>Injury</u>- Deprived relief benefits as A
form of Retaliation and cruel punishment.

5) (a) yes
   (b) No
   (c) No
   (d) is A court proceeding discussion.

4(2) of 7 of 25

<u>Count two (F)</u>
Cause for Action

1) <u>Constitutional Right</u> and/or civil right
<u>Violated</u> - 8th Amendment, U.S. Constitution

2) <u>count two (F)</u> - cruel and unusual punishment
see 18 USCS section 250 - Penalities for civil
rights offense(s) involving sexual misconduct.

3) <u>Supporting facts</u> - Defendant(s) in AN
unconstitutional capacity caused Alfred E.
Caraffa ADC#350727 to engage in or Attempted
to cause Alfred E. Caraffa ADC#350727 to engage
in homosexual misconduct with Men who Are
housed on AN SMI Mental Health unit As A
Form of Retaliation and Harassment By continued
unconstitutional Housing on that SMI/units
at ASPc-Tucson, Rincon. while they knowingly
and willingly violate the constitutional and
civil rights of Alfred Erik Caraffa ADC#350727.

4) <u>Injury</u> - sexual Misconduct as A form of
Retaliation from Correctional Staff and Employees
of the ADCRR

5) (a) yes (b) No (c) No (d) ADCRR grievance
policies Are unconstitutional with No Federal
Jerisdiction

4th (F) of 7 of 25

## COUNT III

1. State the constitutional or other federal civil right that was violated: 8th Amendment U.S. Constitution - Cruel and Unusual punishment. See 18 USC section 285.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Under An Conspiriacy of federal offense(s) and Attempts to Interferrence, Impeading filing of criminal charges Defendants in An unlawful Capacity Continue to Be Excessive in the unconstitutional Act(s) / Action(s) to Attempts of Deprivations of Money in several Complaint(s) In the federal Court(s) for Claim(s) that Defendant(s) have Committed while under an unlawful color of state law and unconstitutional Authority as Correctional Staff with No federal Jurisdiction

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Continued Conspiriacy to federal Acts of criminal offense(s) which violated federal Laws of the United States of America.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A federal Jurisdiction not grievable by the state unlawful level

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

# 5 of 25

### E.   REQUEST FOR RELIEF

State the relief you are seeking:

I Alfred E. Caroffe Aoc#350727 seek on my own Behalf the Sum of 1⁰⁰ Doller at 5,000 to one ratio for counts one and two. also 1⁰⁰ Doller for count three at 5,000 to one ratio also 1⁰⁰ Doller for each violation of count two (a) at 3⁰⁰ Dollers at 5,000 to one ratio also 1⁰⁰ Doller for Count two (b) at 5000 to one ratio and 1⁰⁰ Doller for count two (C) for each violation a total of 143⁰⁰ Dollers at 5,000 to one ratio and federal criminal changes against Correctional officers also 1⁰⁰ Doller for count two (d) at

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 12th 2024
                    DATE

SIGNATURE OF PLAINTIFF
Aoc# 350727

Alfred E. CaroffA Aoc#350727
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Seeking Assistance of Counsel
(Signature of attorney, if any)
1708 East Camelback st. ste
Phoenix Arizona 85016
Phone number Not Avalible at this time
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6th of 2 of 25

## (E) Request for Relief

5,000 to one ratio and 1.00 Dollar for Count two E at 10,000 to one ratio Plus filing of federal criminal offense(s) and the sum of 1.00 Dollar at 10,000 to one ratio for count two (F) Against the state of Arizona for All the Above Counts as the state of Arizona allows the Employment to continue therefore Are liable for the Act(s)/Action(s) thereof. Plus Interest on this Judgment all fees and costs Incurred and any reasonable Attorney fees at 33.3 percent of the entire relief/compensation to Be paid by the State of Arizona. Plus An Additional $.50 million dollars Plus Interest Against the state of Arizona.

April 12th 2024
ADC #350727
Alfred E. Caraffa

6(a) of 2 of 25

*Refused to E-filed 41124A1to5*
*Exhibit of*
*Evidence*



**ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION AND REENTRY**

**Request/Authorization for Electronic Filing**

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | Housing Location | ADCRR Number |
|---|---|---|
| Coretta Alfred E. 4B02 | | 350727 |

| Institution / Unit | Date |
|---|---|
| ASPC-Tucson Rincon Unit | 4/7/24 |

Case # U.S. District Court for the Central District of California
Seeking Replacement Document for:

List each document separately

| No. | Document Name | Number of Pages |
|---|---|---|
| 1 | Motion for replacement | 4 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |

*To be completed by the inmate*

*U.S. District Court for the Central District of California*

**E-FILE** *by court order*

**U.S. Dist.Ct.**

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date Received | Date Forwarded | Time Forwarded |
|---|---|---|---|---|
| C. New | | 4/10/24 | 4/10/24 | 0945 |

*Designated Staff*

**READ THE BACK OF THE FORM
FOR INFORMATION ON CORRECTLY
FILING E-FILE DOCUMENTS WITH THE
U.S. DISTRICT COURT OF ARIZONA.**

*7th of 25*

Date Originals Returned: _4/10/24_     Signature: _____

Refused to E-File by ADERR

United States District Court for the IN Official

Central District of California        Capacity

255 East Temple Street        4/11/24

Room 180

Los Angeles, California 90012

Exhibit of Evidence
41124A 1 to 5

Alfred Erik Caraffa
ADC #350727

Case Number   Document(S)
StoleN

Petitioner

VS.

1) Ryan thornell et al.,
   and
the State of California
et al.,
   and
Attorney General of the
State of California et.al.,

Respondent (s)

Motion for replace-
ment order of the
court(s)

I, Alfred (Erika) Caraffa ADC #350727
Being Pro se Counsel on my own Behalf while
seeking Assistance of Counsel in this

<u>1</u> of <u>4</u>

8th of <u>25</u>

Habeas Corpus Matter of U.S.
Constitutional Law(s). Here do
Enter this Motion to the Federal
Court in this legal matter for AN
Re-placement of the Court order
of Judge Assignment which was
Mailed/and E-filed to this Petitioner
Alfred Erik Caraffa ADC # 350 727
    I recieved the Mailed Document
post Marked March 14th 2024. But Have
Not recieved the E-filed Document as
of April 7th 2024.

    The Mailed Copy of the two-
paged Notice of Assignment was
Stolen off my person(s) During AN
StrongArmed Robbery and Assault
by three Inmates in the Custody of
Arizona Dept. of Corrections.
    which for Now eighteen (18)
days Now the ADCRR has tried to

        2 of 4            9th of 25

Cover-up that Assault with More
of their Corruption in Attempts
of keeping this Petitioner Alfred
Erik (Not Eric) CARAFFA ADc#350727
from Contracting/or recieving Document(S)
from this Court!

As A form of Retaliation the
ADCRR Do Not desire this Habeas
petitioner to collect Any Money
Reward(S) in Any of the violation(S)
of their Corrupted Behavior.

Clearly and Mainly Because
of two reason(S) (1) the criminal
offense(s) committed by Corrupted
Correctional Staff in Class Action
Jensen V. Thornell et al 2-22-CV-
00601-PHX-ROS. And (2nd) Because
A.R.S. Const. Art. XX (20) ordiance-
Subparagraph fourth- Makes this State

10$^H$ of 25

3 of 4

of Arizona. ON 2 federal Jurisdiction the ADCRR UNcONStitutional employees of the ADCRR lose their Jobs and Employment. But Have Been UNlawfully collecting A pay check the entire Time of their employment.

So what's A few more statewide embezzlement(s) of UNcONStitutional paychecks? Maybe 10 million in Arizona State taxes?

So An re-placement of Any Federal Court Documents is Needed As the only one I had was Stolen During An Assault and Robbery of that and other Federal Document

Sincerly

Alfred E. Caroffa    April 7th
ADC#350727            2024

11 of 25

4 of 4

Not filed by ADCRR In official Capacity

United States District Court in and for the District of Arizona (Division of _____)

Exhibit of Evidence 41124 B 1 of 2 pgs.

| | |
|---|---|
| Alfred E. Caraffa ADC#350727 et.al., | Case Number _____ |
| Plaintiff(s)/Petitioner(s) | |
| VS. | Motion title Subpoena for Exhibits of Evidence Federal Rules of civil Procedure |
| Ryan Thornell et.al., | |
| Defendant(s)/Respondent(s) | |

I, Alfred Erik Caraffa ADC#350727, Heredo Enter this Motion of Subpoena For Exhibits of Evidence in this New class Action Filed Against the Defendants Ryan Thornell and the Arizona Dept. of Corrections.
     On March 20th 2024 while on Housing Unit Five Dering Morning yard I was

1 of 2         12th of 25



Assaulted and Robbed by Three Informant(s)
for the Employees of ADCRR who Are either
Unknown for their Act(s)/Action(s) or
Soon to be known of their Act(s)/Action(s).
     I, Alfred E. Caroffe ADC#350727
Am filing for All Video Camera footage
of the front of Housing Unit Five at
ASPC-TUCSON on Rincon Unit. on March
20# 2024.
     For the Court's to review As
Exhibit(s) of Evidence in this Civil
Complaint which includes Criminal offense(s)
By Government employees not found to be
Unconstitutional on the Merits of that case.

April 9# 2024
ADC#350727
Alfred Erik Caroffe

13# of 25

2 of 2

**Arizona Department of Corrections
Rehabilitation and Reentry
Inmate Letter**

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Caratta Alfred | 350277 | H44 B 02 | 4/10/24 |

| TO 40 III Noel | LOCATION H44 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Need An 805-10

Notice of Appeal form

You failed to provide that

form yesterday. And gave

the wrong form.

04-10-2024   I gave you what I was told to give you
and what PCU has been requesting, but
here you go.
                                    Noel

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* 4/10/24 |
|---|---|

Have you addressed this with Department staff?  ☐ Yes  ☐ No

If yes, give the staff member's name and the date you addressed with them:

14ᴴ of 25

_____     _____
(Staff Member's Name) (Please print)     (Date addressed)

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

Distribution:  Original – Master File
              Copy - Inmate

916-1
7/25/19

on personal tablet of Alfred Erik
Caroffe ADC# 350727

Reference # CCI-A2C57000 2564385
Reference # CCI-A2C57000 2568804

Exhibit of Evidence
41224 ABX A

pg. 9# of 25 total pages
Enclosed