1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9     Alfred Erika Caraffa,                              **NO. CV-24-00210-TUC-JGZ(PSOT)**

10              Plaintiff,

11    v.                                                 **JUDGMENT IN A CIVIL CASE**

12    D Noel, et al.,

13              Defendants.

14

15          **Decision by Court.**  This action came for consideration before the Court.  The

16    issues have been considered and a decision has been rendered.

17          IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July

18    17, 2024, Plaintiff to take nothing, and the complaint and action are dismissed without

19    prejudice, pursuant to 28 U.S.C. § 1915(g).

20

21                                                Debra D. Lucas
                                                  District Court Executive/Clerk of Court
22

23    July 17, 2024

24                                                s/ A. Calderón
                                             By   Deputy Clerk
25

26

27

28